# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

ROY S. MOORE,

        Plaintiff,

v.

GUY CECIL, et al.,

        Defendants.

Case No: 4:19-cv-1855

---

## DECLARATION OF ROY S. MOORE

---

Roy S. Moore, under penalty of perjury, states and declares as follows:

1. I am the plaintiff in this matter.

2. I have sued in this case some of the most powerful and politically connected entities in our country for slanderous and vicious attacks on my character.

3. I have been an attorney and in public service for over 40 years and have served the State of Alabama as Deputy District Attorney, Circuit Judge, and Chief Justice of the Alabama Supreme Court.

4. The defamatory disinformation campaign orchestrated by Defendants not only damaged my character and reputation but also discouraged many attorneys from representing me. Mr. Klayman is an exception. I have appeared with him in federal court in the District of Columbia and he has represented me in a federal court in New York

City with no problems. Mr. Klayman has not violated any rules of professional conduct during my association with him.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/5/19

_____
Roy S. Moore