FILED
2020 Feb-04 PM 06:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ROY S. MOORE,<br><br>               Plaintiff,<br><br>   v.<br><br>GUY CECIL; PRIORITIES USA; SENATE MAJORITY PAC (SMP); BULLY PULPIT INTERACTIVE LLC; and WATERFRONT STRATEGIES,<br><br>               Defendants. | Civil Action<br><br>Case No. 4:19-cv-01855-CLM |

## RESPONSE TO PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME

Defendants do not oppose Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, ECF No. 29. However, if the motion is granted, the deadline for Defendants' reply would become the day before President's Day weekend. After this Court set the existing briefing schedule nearly a month ago, *see* ECF No. 26, Defendants' counsel made vacation plans for the end of the week prior to President's Day. Because Plaintiff has waited until the day his response was due to seek this extension, it is now difficult for Defendants' counsel to re-arrange their plans. As a result, if the Court is willing to grant Plaintiff's motion for extension of time, Defendants respectfully request that the Court set the deadline for Defendants' reply in support of their motion to dismiss to be **Thursday, February 20, 2020**. Plaintiff's counsel does not oppose this request.

- 2 -

Filed: February 4, 2020

Respectfully submitted,

/s/ *Marc E. Elias*
Marc E. Elias (admitted *pro hac vice*)

Barry A. Ragsdale (RAG003)
Meghan S. Cole (SAL035)
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Birmingham, AL 35205
Tel.: (205) 930-5100
Fax: (205) 930-5101
bragsdale@sirote.com
mcole@sirote.com

**Perkins Coie LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel.: (202) 654-6200
Fax: (202) 654-9106
MElias@perkinscoie.com

William B. Stafford (admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
WStafford@perkinscoie.com

*Attorneys for Defendants*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2020, I filed a copy of the foregoing Response to Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Melissa L. Isaak
The Isaak Law Firm
2815B Zelda Road
Montgomery, AL 36106

Larry E. Klayman
7050 W. Palmetto Park Rd., #15-287
Boca Raton, FL 33433

*/s/ Marc E. Elias*
Marc E. Elias