# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ROY S. MOORE,<br><br>          Plaintiff,<br><br>   v.<br><br>GUY CECIL; PRIORITIES USA; SENATE MAJORITY PAC (SMP); BULLY PULPIT INTERACTIVE LLC; and WATERFRONT STRATEGIES,<br><br>          Defendants. | Civil Action<br><br>Case No. 4:19-cv-01855-CLM |

## DEFENDANT BULLY PULPIT INTERACTIVE LLC'S RESPONSE TO THE COURT'S JUNE 8, 2020 ORDER

Defendant Bully Pulpit Interactive LLC hereby responds to the Court's June 8, 2020 Order, which instructed "Defendant Bully Pulpit Interactive, LLC to disclose any and all of its members on the date the Complaint was filed that Plaintiff Moore did not list in his response to the Court's June 2, 2020 Order." ECF No. 41 at 2; *see also* ECF No. 40 (Plaintiff Moore's response to the Court's June 2, 2020 Order).

On the date the Complaint in this case was filed, there were four members of Bully Pulpit Interactive LLC that do not appear in the list compiled by Plaintiff Moore: Svoboda Capital Partners Fund IV LP; Svoboda Capital Partners Fund IV SBIC LP; Svoboda Capital Investors IV, LLC; and Lisa Shalett. None of these members are—or were during any events material to this litigation, including on the date of the filing of the Complaint in this case—citizens of Alabama.

- 2 -

Filed: June 12, 2020

Barry A. Ragsdale (RAG003)
Meghan S. Cole (SAL035)
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Birmingham, AL 35205
Tel.: (205) 930-5100
Fax: (205) 930-5101
bragsdale@sirote.com
mcole@sirote.com

Respectfully submitted,

/s/ *Marc E. Elias*
Marc E. Elias (admitted *pro hac vice*)
**Perkins Coie LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel.: (202) 654-6200
Fax: (202) 654-9106
MElias@perkinscoie.com

William B. Stafford (admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
WStafford@perkinscoie.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I filed a copy of the foregoing Defendant Bully Pulpit Interactive LLC's Response to the Court's June 8, 2020 Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Melissa L. Isaak
The Isaak Law Firm
2815B Zelda Road
Montgomery, AL 36106

Larry E. Klayman
7050 W. Palmetto Park Rd., #15-287
Boca Raton, FL 33433

*/s/ Marc E. Elias*
Marc E. Elias
