FILED
2020 Jul-17 PM 06:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1



**[DC BAR (https://www.dcbar.org/index.cfm)](https://www.dcbar.org/index.cfm)**

SITE MENU

MY ACCOUNT (STARTPAGE.ASPX?SITE=DCBAR)
MARKETPLACE (DYNAMICPAGE.ASPX?WEBCODE=COEPUBLIST&PAGER=12&SITE=DCBAR)
EVENTS (DYNAMICPAGE.ASPX?SITE=DCBAR&WEBCODE=EVENTLIST)
FIND A MEMBER (DYNAMICPAGE.ASPX?SITE=DCBAR&WEBCODE=FINDMEMBER)

# Membership

## Find A Member Search Results

Records matching your search criteria: 1

To learn if there is any disciplinary proceedings for the following attorneys, please visit the **disciplinary system (//www.dcbar.org/attorney-discipline/disciplinary-decisions.cfm)**.

🔍 **Search Again (DynamicPage.aspx?Site=dcbar&WebCode=FindMember)**

See the **Membership Classes (http://www.dcbar.org/membership/classes-of-membership.cfm)** page for a complete description of license types and status definitions.

1. **Larry E Klayman**
   2020 Pennsylvania Ave NW # 345
   Washington DC 20006-1811
   UNITED STATES
   Phone: (310)595-0800

   Membership Status: DISCIPLINARY SUSPENSION
   Date of Admission: 12/22/1980

MEMBERSHIP (HTTPS://WWW.DCBAR.ORG/MEMBERSHIP/INDEX.CFM)

BAR RESOURCES (HTTPS://WWW.DCBAR.ORG/BAR-RESOURCES/INDEX.CFM)

CLE (HTTPS://WWW.DCBAR.ORG/CLE/INDEX.CFM)

COMMUNITIES (HTTPS://WWW.DCBAR.ORG/LEGAL-COMMUNITIES/INDEX.CFM)

PRO BONO (HTTPS://WWW.DCBAR.ORG/PRO-BONO/INDEX.CFM)

ATTORNEY DISCIPLINE (HTTPS://WWW.DCBAR.ORG/ATTORNEY-DISCIPLINE/INDEX.CFM)

FOR THE PUBLIC (HTTPS://WWW.DCBAR.ORG/FOR-THE-PUBLIC/INDEX.CFM)

ABOUT THE BAR (HTTPS://WWW.DCBAR.ORG/ABOUT-THE-BAR/INDEX.CFM)

MY ACCOUNT (MEMBERSHIP.ASPX?SITE=DCBAR)

MARKETPLACE (DYNAMICPAGE.ASPX?SITE=DCBAR&WEBCODE=COEMERCHANDISELIST)

CALENDAR (DYNAMICPAGE.ASPX?SITE=DCBAR&WEBCODE=EVENTSLIST)

FIND A MEMBER (DYNAMICPAGE.ASPX?SITE=DCBAR&WEBCODE=FINDMEMBER)

© 2019 THE DISTRICT OF COLUMBIA BAR

901 4TH STREET, NW WASHINGTON, DC 20001

PHONE: 202.737.4700

CONTACT US (HTTPS://WWW.DCBAR.ORG/ABOUT-THE-BAR/CONTACT-US.CFM)

TERMS OF USE (HTTPS://WWW.DCBAR.ORG/MEMBER-A-MEMBER.CFM/TERMS-OF-USE.CFM) | PRIVACY POLICY (HTTPS://WWW.DCBAR.ORG/MEMBER-A-MEMBER.CFM/PRIVACY-POLICY.CFM)