# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ROY S. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-01855-CLM |
| ) | |
| **SENATE MAJORITY PAC (SMP)** ) | |
| **and WATERFRONT** ) | |
| **STRATEGIES,** ) | |
| **Defendants.** | |

## SCHEDULING ORDER

This order is entered based upon the scheduling conference held June 1, 2021. This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

The dates and deadlines in this case are set forth below:

| Event | Date/Deadline |
|---|---|
| Initial Disclosures | 06/04/2021 |
| Expert Discovery | Plaintiff Reports:  08/30/2021<br>Defendant Reports:  10/29/2021 |
| Rule 26(e) Supplementation | Follow Rule 26(e)(1)(A) |
| All discovery complete (Written discovery and Depositions, including experts) | 01/14/2022 |

| Status Conference (telephone) | 01/18/2022 at 2:30 PM CT |
|---|---|
| Dispositive motions | 02/15/2022<br>*Follow Appendix II* |
| Witness and Exhibit Lists<br>Objections | 05/27/2022<br>06/03/2022 |
| Pretrial Conference | 06/10/2022 at 2:00 PM CT<br>in Anniston |
| Trial Date | 07/11/2022 in Anniston |
|  |  |

The discovery limits in this case are set forth below:

| **Form of Discovery** | **Limitations** |
|---|---|
| Interrogatories | 25 each, responses due within 30 days of service |
| Requests for Admissions | 25 each, responses due within 30 days of service |
| Requests for Production | 25 each, responses due within 30 days of service |
| Depositions | 10 depositions each, limited to 7 hours |

Call-in information for telephonic conferences will be emailed to counsel of record prior to the telephone conferences. All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II

to this court's Uniform Initial Order, attached hereto for the parties' convenience. This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** this 1st day of June, 2021.

                                            _____
                                            **COREY L. MAZE**
                                            UNITED STATES DISTRICT JUDGE