IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ROY S. MOORE<br><br>　　　　　Plaintiff,<br>v.<br><br>GUY CECIL, et al<br><br>　　　　　Defendants. | Case No. 4:19-cv-01855-CLM |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF'S COUNSEL AND NOTICE OF INTENT TO FILE ATTORNEYS' LIENS

The undersigned counsel, Melissa Isaak, Esq. and Larry Klayman, Esq., hereby withdraw from the above styled case as counsel based, inter alia, on irreconcilable differences with Plaintiff Roy S. Moore, to be substituted by the Plaintiff Moore *pro se* and provide notice of their intent to file attorneys' liens.

Plaintiff Moore advises that he will be forthwith filing an entry of appearance *pro se* to be substituted as his own counsel as well as motions for continuances regarding currently scheduled court dates.

**Dated**:  March 24, 2022　　　　　　　　　　　　Respectfully Submitted,

<u>/s/ *Melissa Isaak, Esq.*</u>　　　　　　　　<u>　/s/ *Larry Klayman, Esq.*　</u>
Melissa Isaak, Esq.　　　　　　　　　　Larry Klayman, Esq.
2815-B Zelda Road　　　　　　　　　　7050 W. Palmetto Park Rd
Montgomery, AL 36106　　　　　　　　Boca Raton FL 33433
Tel: 334-262-8200　　　　　　　　　　(561) 558-5536
Melissa@protectingmen.com　　　　　　Email: leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on March 24, 2022.

/s/ Larry Klayman