# JURY VERDICT FORM



FILED
AUG 12 2022
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## Count 1: Defamation (pages 7-11)

**Do you find that Roy S. Moore proved by a preponderance of the evidence:**

1. That SMP made a false statement about Moore?  **(YES)**   NO

2. That the statement was defamatory?  **(YES)**   NO

3. That SMP published the statement to another person?  **(YES)**   NO

**Do you find that Roy S. Moore proved by clear and convincing evidence:**

4. That SMP published the statement with actual malice (that is, SMP knew that a statement was false or acted with reckless disregard to whether a statement was false)?  **(YES)**   NO

## Count 2: Invasion of Privacy, False Light (pages 11-13)

**Do you find that Roy S. Moore proved by a preponderance of the evidence:**

1. That SMP intentionally publicized false information about Moore?  **(YES)**   NO

2. That the information placed Moore in a false light in the public eye and the false light would be highly offensive to a reasonable person?  **(YES)**   NO

**Do you find that Roy S. Moore proved by clear and convincing evidence:**

3. That SMP published information that it knew was false or SMP acted with reckless disregard about whether the information was false?  **(YES)**   NO

4. That SMP knew the information would place Moore in a false light, or SMP acted in reckless disregard to whether Moore would be placed in a false light?  **(YES)**   NO

**Instructions**

*If you circled "Yes" on all four questions for Count 1, Count 2, or both, answer the questions about damages below.*

*If you circled "No" on any question for Count 1 and Count 2, skip the questions about damages and sign and date the bottom of this form.*

**Damages** (page 14)

1. Did Moore prove that SMP's publication of a false statement or false information about Moore caused Moore actual harm?   (YES)        NO

    a. If you answered "YES," enter a dollar amount to compensate for Moore's damages:

    $8,200,000.00

    b. If you answered "NO," enter a dollar amount to award nominal damages:

    _____

SO SAY WE ALL.

DATE: 8-12-22

                                Foreperson's Signature