Case 4:19-cv-01855-CLM   Document 242   Filed 11/04/22   Page 1 of 1
USCA11 Case: 22-13406   Date Filed: 11/04/2022   Page: 1 of 1

FILED
2022 Nov-04 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13406-HH

_____

ROY S. MOORE,

                                      Plaintiff - Appellant,

versus

GUY CECIL,
PRIORITIES USA,
BULLY PULPIT INTERACTIVE LLC,

                                      Defendants - Appellees,

SENATE MAJORITY PAC, et al.,

                                      Defendants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER:

      Appellees' motion to stay the appeal pending the resolution of post-trial motions in District Court is GRANTED. Appellant's brief is due forty (40) days from the resolution of the motions, with the appendix due seven (7) days from the filing of the brief. The Appellees are directed to file a status report on the 15th of every month, pending the resolution of the motions.

                                                   /s/ Robin S. Rosenbaum
                                                   UNITED STATES CIRCUIT JUDGE