# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ROY S. MOORE,<br><br>        Plaintiff,<br><br>v.<br><br>SENATE MAJORITY PAC (SMP),<br><br>        Defendant. | Civil Action<br><br>Case No. 4:19-cv-01855-CLM |

## DEFENDANT SENATE MAJORITY PAC'S NOTICE OF APPEAL

Notice is hereby given that Senate Majority PAC (SMP), defendant in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on August 15, 2022 and the district court's September 29, 2023 order denying SMP's motion for judgment as a matter of law and motion for a new trial (ECF No. 252).

| | |
|---|---|
| Filed: October 13, 2023 | Respectfully submitted, |
| | /s/ *William B. Stafford* |
| Barry A. Ragsdale (RAG003)<br>**Dominick Feld Hyde, PC**<br>1130 22nd Street South, Suite 400<br>Birmingham, AL 35205<br>Tel.: (205) 536-8888<br>BRagsdale@dfhlaw.com | Marc E. Elias (admitted *pro hac vice*)<br>**Elias Law Group LLP**<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, DC 20001<br>Tel.: (202) 968-4490<br>MElias@elias.law |
| | William B. Stafford (admitted *pro hac vice*)<br>**Elias Law Group LLP**<br>1700 Seventh Ave., Suite 2100<br>Seattle, WA 98101<br>Tel.: (206) 656-0176<br>WStafford@elias.law |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ William B. Stafford*
William B. Stafford