FILED
2026 Jul-10 AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

In the

# United States Court of Appeals

For the Eleventh Circuit

No. 23-13531

ROY STEWART MOORE,

*Plaintiff-Appellee,*

*versus*

GUY CECIL, et al.,

*Defendants,*

SENATE MAJORITY PAC,
"SMP",

*Defendant-Appellant.*

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:19-cv-01855-CLM

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 24, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: July 10, 2026